**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

---------------------------------------------------------------X
HECNY SHIPPING LIMITED                  :   Case No. 1:25-cv-26028-JIC
                                        :
    Plaintiff,                          :   "IN ADMIRALTY"
                                        :
  -against-                            :
                                        :
HYC LOGISTICS, INC.,                    :
                                        :
    Defendant.                          :
---------------------------------------------------------------X

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA.

GREETINGS:

WHEREAS, a Verified Complaint was filed in this Court on the __th day of December 2025, numbered and entitled as above, with a claim for damages in the amount of USD $1,300,000.00, together with a prayer for maritime attachment, and accompanied by an affidavit that the Defendant in this suit, HYC Logistics, Inc. cannot be found within this District;

WHEREAS, the Court has reviewed the Verified Complaint and Affidavit and found that the conditions of Supplemental Rule B appear to exist and has entered an Order so stating and authorizing the issuance of process of maritime attachment and garnishment;

NOW THEREFORE, you are hereby commanded to attach the Defendant's property, tangible and intangible, situated in your District, up to the amount of USD $1,291,892.86 , held in the hands of garnishees, specifically, the Garnishee(s), to wit, OJ Commerce, LLC having an address of 3076 North Commerce Parkway, Miramar, FL 33025, and such other addresses as may be associated with OJ Commerce, LLC in the District.

Such property may include assets, cash, monies, funds, accounts, assets in checking, savings, escrow or other accounts, accounts payable, credits and/or debits, balances, certificates of deposit, contents of safety deposit boxes, letters of credit or proceeds therefrom, effects, debts, proceeds from insurance policies, receivables, stocks, bonds or other securities, sums owing under a credit agreement, or any other contractual agreements and/or other obligations, up to the amount of USD $1,291,892.86, belonging to, due, held, or being transferred to, from, or for the benefit of Defendant HYC Logistics, Inc., or in their name, or within the possession, custody, or control of the Garnishee.

    We do further empower, strictly charge and command you to instruct the Garnishee and its

agents to maintain custody, possession, and control of the attached property, which shall be held by the Garnishee, and which shall not be paid, disbursed, released, transferred or otherwise moved from the custody, possession or control of the Garnishee.

We do further empower, strictly charge and command you to notify the Garnishee and their agents as follows:

1) An attachment and garnishment has been filed pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure against Defendant HYC Logistics, Inc.

2) The Garnishee is required to promptly forward a copy of this Writ to Defendant HYC Logistics, Inc. together with the Summons, Verified Complaint, and the Order granting issuance of the Writ.

3) Defendant HYC Logistics, Inc. is required to file with the Clerk of the United States District Court for the Southern District of Florida, within thirty days (30) of service of this Writ, an answer to the Verified Complaint.

4) The Garnishee is required to file with the Clerk of the United States District Court for the Southern District of Florida, within twenty-one (21) days of service of this Writ, an answer to the Verified Complaint and to mail answers to any interrogatories served with the Verified Complaint to the Plaintiff's counsel.

5) All persons claiming any interest in the property attached or garnished pursuant said Order, upon application to the Court, shall be entitled to a prompt hearing in which Plaintiff shall be required to show why the attachment should not be vacated or further relief granted.

Miami, Florida on the _____ day of _____, 2025.

By:_____

DEPUTY CLERK