IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HECNY SHIPPING LIMITED,

        Plaintiff,

v.

HYC LOGISTICS, INC.,

        Defendant.

Case No. 1:25-cv-26028-JIC
"IN ADMIRALTY"

**JOINT STATEMENT OF PARTIES**

Per this Court's Orders of February 5, 2026 [D.E. 21] and February 18, 2026, [D.E. 27], the parties certify they have conferred in good faith about the matters set forth in the Court's Order of February 5, 2026. Settlement negotiations are ongoing and the Court will be updated as soon as the parties reach a resolution.

Respectfully submitted,

/s/ Mahra C. Sarofsky
Mahra C. Sarofsky
LIPPES MATHIAS, LLP
4420 Beacon Circle
West Palm Beach, FL 33407
(561) 842-3000
msarofsky@lippes.com

and

/s/ S. Joshua Kahane
S. Joshua Kahane (TN BPR # 23726) (admited phv)
Yosef Horowitz (TN BPR #36353) (admitted phv)
GLANKLER BROWN, PLLC
6000 Poplar Avenue, Suite 400
Memphis, TN  38119

    (901) 576-1758
    jkahane@glankler.com
    jhorowitz@glankler.com
*Attorneys for HYC Logistics, Inc.*


/s/ Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com
Allan R. Kelley
Fla. Bar No. 309893
Email: akelley@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Citigroup Center
201 South Biscayne Boulevard, 20th Floor
Miami, Florida 33131
Telephone:  (305) 789-9200
Facsimile:   (305) 789-9201

and

/s/ Patrick F. Lennon
Patrick F. Lennon, Esq. (Pro hac vice forthcoming)
Kevin J. Lennon, Esq. (Pro hac vice forthcoming)
LENNON, MURPHY & PHILLIPS, LLC
1599 Post Road E. Westport, CT 06880
203-256-8600
Fax: 203-256-8615
Email: plennon@lmplaw.net
klennon@lmplaw.net
*Attorneys for HECNY Shipping Limited*

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing has been served upon the following by operation of the Court's ECF system and email:

Shlomo Y. Hecht
The Law Offices of Shlomo Y. Hecht, P.A.
3076 N Commerce Pkwy
Miramar, FL 33025
sam@hechtlawpa.com